# EXHIBIT 1

## IS A USB DRIVE OF DEFENDANT LINDSAY'S BODY WORN CAMERA HAND-DELIVERED TO THE CLERK