| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Corey Spiller, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-3878 |
| Harris County, Texas, et al., | § § | |
| Defendants. | § § | |

## Partial Final Judgment

Harris County, Harris County Constable Precinct 7, and Constable May Walker are dismissed from this case.

Signed on July 8, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge