# EXHIBIT 1

Sgt. Lindsay's body-worn camera video (hand delivered to the Court Clerk to be put in the case file)