IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COREY SPILLER, | )( | Civil Action No.:4:20-cv-3878 |
| | )( | (Jury Trial) |
| Plaintiff, | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| HARRIS COUNTY, TEXAS, et al., | )( | |
| | )( | |
| Defendants. | )( | |

## DECLARATION OF COREY SPILLER

1. My name is Corey Spiller and I am over 21 years old.

2. I am the plaintiff in the above referenced civil action.

3. I am 28 years old and have never been convicted of a crime in my life. I graduated from Dobie High School in Houston in 2011.

4. On December 21, 2019 my then girlfriend was involved in a non-injury single vehicle car accident on a Houston freeway near my home. I went to where the accident occurred to assist my girlfriend. At the time I was not intoxicated. I had no weapons. At the scene my girlfriend spoke clearly, did not have glassy eyes, was stable on her feet, and did not appear intoxicated in any way.

5. As I and my girlfriend were talking calmly with several law enforcement officers at the scene a uniformed officer walked up, who I later learned was Jared Lindsay, and starting talking.

6. At one point Lindsay says the investigation is done, however, as I still had a question I continued to talk. Angrily Lindsay rushed at me and slapped my arm causing pain.

7. At no time did I resist arrest or assault anyone nor commit any other crime.

8. Lindsay then grabbed me by the throat and started to strangle me causing more pain and causing me to fear for my life.

9. Lindsay then threw me on the hood of a car causing more pain.

1

10. Several of the other deputies grabbed and assaulted me which caused me more pain.

11. I was also Tasered by one of the officers at the scene.

12. I did not elbow, punch, swing at, kick, spit, or assault Lindsay or any other officer.

13. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

DATE:

September 7, 2021

/s/ Corey Spiller
Corey Spiller, Declarant