**From:** attorneykallinen@aol.com,
**To:** Koshia.Simmons@cao.hctx.net,
**Cc:** James.Butt@cao.hctx.net,
**Subject:** Re: Spiller v. Harris County et al
**Date:** Mon, Aug 9, 2021 6:35 am

**Attachments:**

---

Dear Counsels,

Good morning. Since the filing of Lindsay's MSJ July 30, 2021 with a "sealed" exhibit referenced as an HCSO incident report I have not received this sealed exhibit. Provide it today.

Furthermore, while Plaintiff did receive two body camera videos in support of your MSJ motion on August 4, 2021 at 6:53 PM (see email below) or so Plaintiff did not receive the body camera video of the tall African America deputy with the name of "Johnson" on his uniform nor any other body camera footage.

Additionally, Plaintiff will need to take the deposition of Lindsay, "Johnson," and the other officers involved in the force incident and will seek a continuance on the MSJ on all that until it is done.

Are you Unopposed to these requests?

Sincerely,
Randall L. Kallinen
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713.320.3785
FAX:         713.893.6737
Email:       attorneykallinen@aol.com


WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.


-----Original Message-----
From: Randall L. Kallinen <attorneykallinen@aol.com>
To: Koshia.Simmons@cao.hctx.net <Koshia.Simmons@cao.hctx.net>
Cc: James.Butt@cao.hctx.net <James.Butt@cao.hctx.net>
Sent: Thu, Aug 5, 2021 5:23 am
Subject: Re: Spiller v. Harris County et al

Yes, my letter had no USB. Please resend. Thanks.

Sincerely,
Randall L. Kallinen

Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713.320.3785
FAX:            713.893.6737
Email:          attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

-----Original Message-----
From: Simmons, Koshia (CAO) <Koshia.Simmons@cao.hctx.net>
To: Randall L. Kallinen <attorneykallinen@aol.com>
Cc: Butt, James (CAO) <James.Butt@cao.hctx.net>
Sent: Wed, Aug 4, 2021 6:53 pm
Subject: RE: Spiller v. Harris County et al

Counsel,

When our support staff sent out this mailing, the USB may have not been included. We will need to resend. In the meantime, I have uploaded the videos for Exhibit C on this link for your viewing.

https://caohctx.sharefile.com/d-sdad71d6f714e40f8a588a47d904bed2c

Thank you.



**Koshia Simmons**
Defensive Litigation Paralegal
E: koshia.simmons@cao.hctx.net
P: 713-274-5152

**Office of the Harris County Attorney
Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002

www.harriscountycao.org

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

**From:** Simmons, Koshia (CAO)
**Sent:** Friday, July 30, 2021 3:13 PM
**To:** Randall L. Kallinen <attorneykallinen@aol.com>
**Cc:** Butt, James (CAO) <James.Butt@cao.hctx.net>
**Subject:** Spiller v. Harris County et al

Counsel,

I have attached the exhibit that was filed under seal for Defendant Lindsay's MSJ. Additionally, I will mail a USB to you and the court of the videos referenced as Exhibit C.

Thank you.



***Koshia Simmons***
Defensive Litigation Paralegal
E: koshia.simmons@cao.hctx.net
P: 713-274-5152

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*