United States District Court    Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Corey Spiller, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-3878 |
| Harris County, Texas, *et al.*, | § § | |
| Defendants. | § § | |

# Final Judgment

Corey Spiller takes nothing from Jared Lindsay. ( 38)

Signed on January __19__, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge