**In the United States District Court**
**for the Southern District of Texas**
**Houston Division**

| | |
|---|---|
| **Corey Spiller,** *Plaintiff,* | **Civil Action No. 4:20-cv-3878 (Jury Trial)** |
| ***Versus*** | |
| **Harris County, Texas; *et al.*,** ***Defendants.*** | |

# EMERGENCY PLAINTIFF'S EXPEDITED OPPOSED MOTION FOR A CONTINUANCE

To the Honorable Charles Eskridge:

Now comes Plaintiff Corey Spiller, presenting this expedited and opposed motion to continue the trial currently set for December 1st, 2026, due to a medical emergency of his expert witness Keith Howse. He respectfully shows the Court as follows:

## Nature and Stage of the Proceedings

As relevant to this motion, this trial is currently set to begin on December 1st, 2026. Doc. 142. Plaintiff now seeks a continuance until Mr. Howse has sufficiently recovered such that the Court and the Parties can set a new date. This trial has not yet been continued by motion of counsel, although Defendant was unopposed by

Plaintiff in seeking a continuance of the final pretrial conference. Doc. 106.

## Statement of Facts

No facts of the case are relevant to the disposition of this motion.

## Issue Statement and Standard of Review

The sole issue is whether to grant the requested continuance. Courts have wide discretion regarding motion response deadlines and orders. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend any deadline, with or without a motion, for "good cause" if it is done before the original deadline expires, as here.

## Argument

Plaintiff is seeking this continuance because yesterday afternoon, Monday, November 23rd, Plaintiff's counsel learned that Plaintiff's expert witness, Keith Howse, suffered an ischemic stroke last Tuesday and was in the Baylor Scott and White Hospital in Grapevine until Friday. He is currently using a walker and will be doing rehabilitation for five days a week throughout December. He already has a chip monitoring his heart, and he will need to take many tests and has doctor's appointments. He also may be

recommended by his doctors to undergo surgery to put a stent in his carotid artery.[1] As such preparation for and testifying next week will not be possible.

Plaintiff's counsel immediately informed opposing counsel and conferred on the present motion via email. Defendant responded that he was Opposed and indicated that he would prefer to continue as scheduled, but would defer to the Court's ruling on the present motion.

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this continuance.

Respectfully submitted,

*/s/ Alexander C. Johnson*
Alexander C. Johnson
Kallinen Law PLLC
State Bar of Texas
Bar No. 24123583
U.S. Southern District of Texas
Federal ID No. 3679181
511 Broadway Street
Houston, Texas 77012
Telephone: 573.340.3316
Fax: 713.893.6737
Email: alex@acj.legal

[1] Mr. Howse did consent to the explanation of his current medical status in this motion.

*/s/ Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas
Bar No. 00790995
U.S. Southern District of Texas
Federal ID No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone: 713.320.3785
Fax: 713.893.6737
Email: AttorneyKal-
linen@aol.com
**Attorneys for Plaintiff**

## Certificate of Word Count

I certify that this motion response contains 690 words in total.

*/s/ Alexander C. Johnson*
Alexander C. Johnson

## Certificate of Conference

I certify that on November 23rd, 2026, Plaintiff's counsel Randall Kallinen reached out to Defendant's counsel Jim Butt via email, explaining Mr. Howse's condition. Mr. Butt indicated that he would prefer to continue as scheduled, so his opposition is listed as "opposed," although it is unclear whether he intends to file a response.

*/s/ Alexander C. Johnson*
Alexander C. Johnson

**Certificate of Service**

I certify that on November 24th, 2026, I have served a true and correct copy of the foregoing document that was delivered by the ECF in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

*/s/Alexander C. Johnson*
Alexander C. Johnson